UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARCPE 1, LLC,

                            Plaintiff,

vs.

HAROLYN HARRIS et al,

                            Defendants.
-----------------------------------------------------------------X

**CONSENT TO CHANGE ATTORNEY**

INDEX #: 2:16-cv-05495

     It is hereby consented that Hasbani & Light P.C. be substituted as attorneys of record for the Plaintiff herein by the undersigned party in the above action in the place and stead of Gross Polowy LLC.

Hasbani & Light P.C.
450 Seventh Ave. Suite 1408
New York, NY 10123

BY: _____
Name: Rafi Hasbani, Esq.

Gross Polowy LLC
1775 Wehrle Drive, Suite 100
Williamsville, N.Y. 14221

BY: _____
Name: Bin Golbey, Esq.

ARCPE 1, LLC

By: _____
Name: John Olsen, Manager

State of Florida
County of Miami-Dade

     On the 15th day of April, 2019, before me the undersigned personally appeared John Olsen, personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument and that such individual made such appearance before the undersigned in Miami Beach Florida.

                                        Notary Public Paul V. Ramos

PAUL VIRGILIO RAMOS
MY COMMISSION # GG 275295
EXPIRES: November 8, 2022
Bonded Thru Notary Public Underwriters